MARTHA CROSS, as Administratrix of the Estate of PHYLLIS A. Cross, Deceased, Respondent, v. STIBBS TRANSPORTATION LINES, INC. et al., Appellants.

Argued March 1, 1946; decided April 18, 1946.

*Kenneth J. Dugan* for appellants.

*Daniel H. Prior* and *W. Joseph Shanley* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ. MEDALIE, J., deceased.